158 A.3d 1233

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Herbert N. GREEN, Petitioner**

**No. 271 MAL 2016**

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW,** this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**